IN THE UNITED STATES COURT OF FEDERAL CLAIMS

_____

No. 25-766 T
(Senior Judge Marian Blank Horn)

APRIL GAY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

_____

**STIPULATION OF DISMISSAL WITH PREJUDICE**

_____

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, the parties hereby stipulate and agree that plaintiff's complaint be dismissed with prejudice with each party to bear its own costs, attorneys' fees, and other expenses of litigation. **Signatures on second page.**

1

Respectfully submitted,

\_12/11/2025_____    **/s/ Conner W. Watts**_____
Date                        CONNER W. WATTS
                            Georgia State Bar No. 596191
                            Georgia State University College of Law
                            Philip C. Cook Low-Income Taxpayer Clinic
                            P.O. Box 4037
                            Atlanta, Georgia 30302-4037
                            Tel.: (404) 413-9230
                            Fax: (404) 413-9229
                            Cwatts20@gsu.edu

                            *Attorney for Plaintiff*

                            BRETT A. SHUMATE
                            Assistant Attorney General

                            JOSHUA WU
                            Deputy Assistant Attorney General, Tax Litigation
                            Branch

2/6/2026                    */s/ David I. Pincus*_____
Date                        DAVID I. PINCUS
                            Deputy Director

2/6/2026                    */s/ Melissa A. Hammer*_____
Date                        MELISSA A. HAMMER
                            Attorney of Record
                            Tax Litigation Branch
                            Civil Division, Department of Justice
                            Post Office Box 26
                            Washington, D.C. 20044
                            Tel: 202-514-6474
                            Fax: 202-514-9440
                            Melissa.Hammer@usdoj.gov

                            *Attorneys for Defendant*

2